UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff

CA 04 329 L

vs. C.A. NO. 04-

METALS RECYCLING, L.L.C.
Defendant

## VERIFIED COMPLAINT

Plaintiff brings this action seeking to recover amounts due and owing from defendant for dockage, wharfage, usage, rent, and damages to plaintiff's property.

## Jurisdiction And Venue

The Court has jurisdiction over the subject of this action pursuant to 28 U.S.C. §1333 and pursuant to 28 U.S.C. §1367(a). Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b).

## Parties

1. Plaintiff, ProvPort, Inc. ("ProvPort"), is a corporation duly organized and existing under the laws of the State of Rhode Island, having its principal place of business at 35 Terminal Road, Providence, Providence County, Rhode Island.

2. Defendant, Metals Recycling, L.L.C. ("Metals"), is a corporation organized and existing under the laws of the State of Rhode Island, having its principal place of business at 89 Celia Street, Johnston, Providence County, Rhode Island.

**Facts**

3. ProvPort has at all times material hereto managed and operated The Port Of Providence (the "Port") in accordance with an agreement with the Providence Redevelopment Agency.

4. Metals, at all times material hereto, has been a tenant at the Port, either pursuant to the terms of a lease agreement or on a month-to-month tenancy at sufferance following the termination of the lease agreement.

5. On June 10, 1994, Port of Providence Terminal Tariff No. 200 (the "Tariff") was duly issued by Thomas F. O'Connor, Jr., Executive Director of the Port, which Tariff became effective on July 10, 1994. A copy of the Tariff is attached hereto and incorporated herein by reference as Exhibit "A". ProvPort has at all times material hereto applied the rates and charges set forth in the Tariff, as amended, with respect to, inter alia, "dockage", "wharfage", and "usage".

6. The Tariff provides in Rule 34.3, entitled "General Rules", as follows:

> **1. APPLICATION OF TARIFF:**
>
> Except as otherwise provided herein, the rules, regulations, rates and charges in this tariff will apply on all cargo delivered to or discharged from vessels at Municipal Wharf.
>
> * * *
>
> **30. PAYMENT OF INVOICE:**
>
> A) On each inbound or outbound ship moving across Municipal Wharf, the responsibility for payment of Port Tariff Charges shall rest with those who perform the forwarding functions on such shipments unless other arrangements have been made.

B) The responsibility for Port Tariff Charges assessed against a vessel shall rest with the local agent and/or owner of such vessel unless other arrangements have been made.

* * *

7. The Tariff provides in Rule 34.4, entitled "Dockage", as follows:

**1. DEFINITION:**

The term dockage refers to the charge assessed against a vessel for berthing at the facility or for mooring to a vessel so berthed.

In Section 2 of Rule 34.4, entitled "Rates", the Tariff sets forth the various dockage rates to be charged. Those rates have since been amended.

8. The Tariff provides in Rule 34.5, entitled "Wharfage", as follows:

**ITEM 103 WHARFAGE DEFINED:** A charge assessed against all cargo passing or conveyed over, onto, or under wharves or between vessels (to and from barge, lighter or water) when berthed in a wharf or when moored in slip adjacent to wharf. Wharfage is solely the charge for use of wharf and does not include charges for any other services.

In Item 104 of Rule 34.5, entitled "Wharfage Rates", the Tariff sets forth the various wharfage rates to be charged, including the following:

"e) Scrap metal shall be assessed at eighty cents ($.80) per ton of 2,000 lbs."

Effective May 1, 2004 the wharfage rate for scrap metal was increased to $1.25 per ton of 2,000 pounds.

9. The Tariff provides in Rule 34.9, entitled "Usage", as follows:

**ITEM 113 USAGE DEFINED:**

The use of terminal facilities by any rail carrier lighter operator, trucker, shipper or consignee or their agents, servants and/or employees, when they perform their own car, lighter or truck loading or unloading, or the use of said facilities for any other gainful purpose for which a charge is not otherwise specified.

In Item 114 of Rule 34.9, entitled "Usage Charges", the Tariff sets forth the various Usage charges.

**COUNT I**

**(For Dockage)**

10. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

11. Metals owes ProvPort the principal amount of $5,982.30 in Dockage charges in accordance with the Tariff with respect to M/V Caravos Trader for September, 1995, together with interest thereon, which interest is in the amount of $9,628.51 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

12. Metals owes ProvPort the principal amount of $6,000.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for April, 1998, together with interest thereon, which interest is in the amount of $6,759.00 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

13. Metals owes ProvPort the principal amount of $7,500.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for July, 1998, together with interest thereon, which interest is in the amount of $8,212.50 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

14. Metals owes ProvPort the principal amount of $9,000.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for December, 1998, together with interest thereon, which interest is in the amount of $9,139.50 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

15. Metals owes ProvPort the principal amount of $4,500.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for December, 1998, together with interest thereon, which interest is in the amount of $4,569.75 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

16. Metals owes ProvPort the principal amount of $28,728.44 in Dockage charges in accordance with the Tariff with respect to M/V Ratna Deep for January, 2002, together with interest thereon, which interest is in the amount of $12,683.61 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

17. Metals owes ProvPort the principal amount of $11,904.00 in Dockage charges in accordance with the Tariff with respect to M/V Bulk Orion for April, 2002, together with interest thereon, which interest is in the amount of $4,737.79 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

18. Metals owes ProvPort the principal amount of $2,000.00 in Dockage charges in accordance with the Tariff with respect to Barge Iron-master for January, 2002, together with interest thereon, which interest is in the amount of $895.00 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

19. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Dockage charges to ProvPort in accordance with the Tariff, as amended.

20. Metals owes ProvPort the total principal amount of $75,614.74 in Dockage charges in accordance with the Tariff, as amended, together with interest thereon, which interest is in the amount of $56,625.66 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

**COUNT II**

**(For Wharfage)**

21. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

22. Metals owes ProvPort the principal amount of $2,953.98 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for March, 1998, together with interest thereon, which interest is in the amount of $3,408.89 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

23. Metals owes ProvPort the principal amount of $15,509.13 in Wharfage charges in accordance with the Tariff with respect to M/V Adimon for January, 2001, together with interest thereon, which interest is in the amount of $9,778.51 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

24. Metals owes ProvPort the principal amount of $16,236.87 in Wharfage charges in accordance with the Tariff with respect to M/V Dipper for March, 2001, together with interest thereon, which interest is in the amount of $9,660.94 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

25. Metals owes ProvPort the principal amount of $16,986.74 in Wharfage charges in accordance with the Tariff with respect to M/V Hato for January, 2001, together with interest thereon, which interest is in the amount of $10,582.74 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

26. Metals owes ProvPort the principal amount of $8,453.67 in Wharfage charges in accordance with the Tariff with respect to M/V Jaio Zhou Hai for December, 2001, together with interest thereon, which interest is in the amount of $3,901.37 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

27. Metals owes ProvPort the principal amount of $7,417.17 in Wharfage charges in accordance with the Tariff with respect to M/V Sea Sparkle for January, 2001, together with interest thereon, which interest is in the amount of $4,728.45 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

28. Metals owes ProvPort the principal amount of $19,003.67 in Wharfage charges in accordance with the Tariff with respect to M/V Strahlhorn for February, 2001, together with interest thereon which interest is in the amount of $11,649.25 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

29. Metals owes ProvPort the principal amount of $13,700.48 in Wharfage charges in accordance with the Tariff with respect to M/V Gustav for June, 2001, together with interest thereon, which interest is in the amount of $7,638.02 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

30. Metals owes ProvPort the principal amount of $16,011.95 in Wharfage charges in accordance with the Tariff with respect to M/V Hato for May, 2001, together with interest thereon, which interest is in the amount of $9,086.78 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

31. Metals owes ProvPort the principal amount of $3,713.22 in Wharfage charges in accordance with the Tariff with respect to M/V Bluebill for July, 2001, together with interest thereon, which interest is in the amount of $1,986.57 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

32. Metals owes ProvPort the principal amount of $9,409.02 in Wharfage charges in accordance with the Tariff with respect to M/V Makeevka for August, 2001, together with interest thereon, which interest is in the amount of $4,911.51 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

33. Metals owes ProvPort the principal amount of $1,558.28 in Wharfage charges in accordance with the Tariff with respect to M/V Cargomaster for August, 2001, together with interest thereon, which interest is in the amount of $812.64 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

34. Metals owes ProvPort the principal amount of $9,137.70 in Wharfage charges in accordance with the Tariff with respect to M/V Dooyang Victor for August, 2001, together with interest thereon, which interest is in the amount of $4,751.60 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

35. Metals owes ProvPort the principal amount of $10,616.17 in Wharfage charges in accordance with the Tariff with respect to M/V Star Pollux for October, 2001, together with interest thereon, which interest is in the amount of $5,212.54 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

36. Metals owes ProvPort the principal amount of $6,607.36 in Wharfage charges in accordance with the Tariff with respect to M/V Amstel for October, 2001, together with interest thereon, which interest is in the amount of $3,217.78 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

37. Metals owes ProvPort the principal amount of $1,923.46 in Wharfage charges in accordance with the Tariff with respect to M/V Cargomaster for January, 2002, together with interest thereon, which interest is in the amount of $866.52 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

38. Metals owes ProvPort the principal amount of $9,220.44 in Wharfage charges in accordance with the Tariff with respect to M/V Karadeniz S for January, 2002, together with interest thereon, which interest is in the amount of $4,093.87 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

39. Metals owes ProvPort the principal amount of $9,896.38 in Wharfage charges in accordance with the Tariff with respect to M/V Olympic Mentor for January, 2002, together with interest thereon, which interest is in the amount of $4,502.85 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

40. Metals owes ProvPort the principal amount of $2,983.61 in Wharfage charges in accordance with the Tariff with respect to M/V Arwa for January, 2002, together with interest thereon, which interest is in the amount of $1,344.12 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

41. Metals owes ProvPort the principal amount of $19,118.35 in Wharfage charges in accordance with the Tariff with respect to M/V Ratna Deep for March, 2002, together with interest thereon, which interest is in the amount of $8,020.15 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

42. Metals owes ProvPort the principal amount of $3,922.15 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for March, 2002, together with interest thereon, which interest is in the amount of $1,621.81 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

43. Metals owes ProvPort the principal amount of $3,503.89 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for March, 2002, together with interest thereon, which interest is in the amount of $1,448.86 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

44. Metals owes ProvPort the principal amount of $3,928.27 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for March, 2002, together with interest thereon, which interest is in the amount of $1,624.34 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

45. Metals owes ProvPort the principal amount of $13,104.57 in Wharfage charges in accordance with the Tariff with respect to M/V Muir Field for May, 2002, together with interest thereon, which interest is in the amount of $5,150.10 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

46. Metals owes ProvPort the principal amount of $6,532.95 in Wharfage charges in accordance with the Tariff with respect to M/V Spar Topaz for May, 2002, together with interest thereon, which interest is in the amount of $2,567.45 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

47. Metals owes ProvPort the principal amount of $5,832.24 in Wharfage charges in accordance with the Tariff with respect to M/V Ikan Progresso for June, 2002, together with interest thereon, which interest is in the amount of $2,207.50 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

48. Metals owes ProvPort the principal amount of $5,710.12 in Wharfage charges in accordance with the Tariff with respect to M/V Bulk Orion for June, 2002, together with interest thereon, which interest is in the amount of $2,158.43 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

49. Metals owes ProvPort the principal amount of $13,025.91 in Wharfage charges in accordance with the Tariff with respect to M/V Dipper for June, 2002, together with interest thereon, which interest is in the amount of $4,773.67 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

50. Metals owes ProvPort the principal amount of $4,849.28 in Wharfage charges in accordance with the Tariff with respect to M/V Dove for July, 2002, together with interest thereon, which interest is in the amount of $1,702.10 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

51. Metals owes ProvPort the principal amount of $20,465.47 in Wharfage charges in accordance with the Tariff with respect to M/V Mentor for August, 2002, together with interest thereon, which interest is in the amount of $6,896.86 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

52. Metals owes ProvPort the principal amount of $3,896.67 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for August, 2002, together with interest thereon, which interest is in the amount of $1,313.18 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

53. Metals owes ProvPort the principal amount of $2,807.24 in Wharfage charges in accordance with the Tariff with respect to M/V Angel Light for September, 2002, together with interest thereon, which interest is in the amount of $933.41 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

54. Metals owes ProvPort the principal amount of $11,281.93 in Wharfage charges in accordance with the Tariff with respect to M/V Bohinj for October, 2002, together with interest thereon, which interest is in the amount of $3,559.45 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

55. Metals owes ProvPort the principal amount of $15,319.38 in Wharfage charges in accordance with the Tariff with respect to M/V Ocean Regina for December, 2002, together with interest thereon, which interest is in the amount of $4,350.71 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

56. Metals owes ProvPort the principal amount of $10,217.38 in Wharfage charges in accordance with the Tariff with respect to M/V Swan Arrow for December, 2002, together with interest thereon, which interest is in the amount of $2,871.08 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

57. Metals owes ProvPort the principal amount of $6,137.14 in Wharfage charges in accordance with the Tariff with respect to M/V Yick Zao for January, 2003, together with interest thereon, which interest is in the amount of $1,638.62 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

58. Metals owes ProvPort the principal amount of $5,742.30 in Wharfage charges in accordance with the Tariff with respect to M/V Great Ocean for January, 2003, together with interest thereon, which interest is in the amount of $1,527.45 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

59. Metals owes ProvPort the principal amount of $14,736.15 in Wharfage charges in accordance with the Tariff with respect to M/V Helen C for February, 2003, together with interest thereon, which interest is in the amount of $3,720.88 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

60. Metals owes ProvPort the principal amount of $10,241.68 in Wharfage charges in accordance with the Tariff with respect to M/V Great Creations for March, 2003, together with interest thereon, which interest is in the amount of $2,376.07 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

61. Metals owes ProvPort the principal amount of $2,786.62 in Wharfage charges in accordance with the Tariff with respect to M/V Swan for March, 2003, together with interest thereon, which interest is in the amount of $646.49 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

62. Metals owes ProvPort the principal amount of $16,107.70 in Wharfage charges in accordance with the Tariff with respect to M/V Konkar Theo for May, 2003, together with interest thereon, which interest is in the amount of $3,318.19 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

63. Metals owes ProvPort the principal amount of $5,164.60 in Wharfage charges in accordance with the Tariff with respect to M/V Somerset for June, 2003, together with interest thereon, which interest is in the amount of $981.27 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

64. Metals owes ProvPort the principal amount of $3,974.10 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for June, 2003, together with interest thereon, which interest is in the amount of $755.08 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

65. Metals owes ProvPort the principal amount of $3,990.74 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for August, 2003, together with interest thereon, which interest is in the amount of $640.51 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

66. Metals owes ProvPort the principal amount of $15,405.95 in Wharfage charges in accordance with the Tariff with respect to M/V Kanin for September, 2003, together with interest thereon, which interest is in the amount of $2,326.30 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

67. Metals owes ProvPort the principal amount of $3,620.05 in Wharfage charges in accordance with the Tariff with respect to M/V Navios Horizon for September, 2003, together with interest thereon, which interest is in the amount of $546.63 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

68. Metals owes ProvPort the principal amount of $4,294.28 in Wharfage charges in accordance with the Tariff with respect to M/V Bridgeport for September, 2003, together with interest thereon, which interest is in the amount of $605.49 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

69. Metals owes ProvPort the principal amount of $4,379.24 in Wharfage charges in accordance with the Tariff with respect to M/V Atlantic Express for October, 2003, together with interest thereon, which interest is in the amount of $549.59 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

70. Metals owes ProvPort the principal amount of $5,188.60 in Wharfage charges in accordance with the Tariff with respect to M/V Portsmouth for November, 2003, together with interest thereon, which interest is in the amount of $568.15 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

71. Metals owes ProvPort the principal amount of $4,003.10 in Wharfage charges in accordance with the Tariff with respect to M/V Bridgeport for November, 2003, together with interest thereon, which interest is in the amount of $438.34 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

72. Metals owes ProvPort the principal amount of $13,112.90 in Wharfage charges in accordance with the Tariff with respect to M/V Sea Fortune for December, 2003, together with interest thereon, which interest is in the amount of $1,330.96 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

73. Metals owes ProvPort the principal amount of $16,814.23 in Wharfage charges in accordance with the Tariff with respect to M/V Lia for January, 2004, together with interest thereon, which interest is in the amount of $1,479.65 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

74. Metals owes ProvPort the principal amount of $4,181.73 in Wharfage charges in accordance with the Tariff with respect to M/V Bulkmaster for February, 2004, together with interest thereon, which interest is in the amount of $275.99 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

75. Metals owes ProvPort the principal amount of $1,771.34 in Wharfage charges in accordance with the Tariff with respect to M/V Cargomaster for February, 2004, together with interest thereon, which interest is in the amount of $116.91 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

76. Metals owes ProvPort the principal amount of $4,120.47 in Wharfage charges in accordance with the Tariff with respect to M/V Somerset for February, 2004, together with interest thereon, which interest is in the amount of $271.95 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

77. Metals owes ProvPort the principal amount of $8,909.32 in Wharfage charges in accordance with the Tariff with respect to M/V Borc for March, 2004, together with interest thereon, which interest is in the amount of $414.28 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

78. Metals owes ProvPort the principal amount of $8,151.23 in Wharfage charges in accordance with the Tariff with respect to M/V Handy Rainbow for April, 2004, together with interest thereon, which interest is in the amount of $366.81 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

79. Metals owes ProvPort the principal amount of $9,523.87 in Wharfage charges in accordance with the Tariff with respect to M/V Nego Wes for April, 2004, together with interest thereon, which interest is in the amount of $428.57 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

80. Metals owes ProvPort the principal amount of $7,759.33 in Wharfage charges in accordance with the Tariff with respect to M/V Shan King for April, 2004, together with interest thereon, which interest is in the amount of $290.98 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

81. Metals owes ProvPort the principal amount of $12,762.49 in Wharfage charges in accordance with the Tariff with respect to M/V New Wave for April, 2004, together with interest thereon, which interest is in the amount of $478.59 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

82. Metals owes ProvPort the principal amount of $26,371.00 in Wharfage charges in accordance with the Tariff with respect to M/V Ocean Paradise for June, 2004, together with interest thereon, which interest continues to accrue at the rate of 18% per annum.

83. Metals owes ProvPort the principal amount of $3,861.00 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for June, 2004, together with interest thereon, which interest continues to accrue at the rate of 18% per annum.

84. Metals owes ProvPort the principal amount of $4,441.00 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for June, 2004, together with interest thereon, which interest continues to accrue at the rate of 18% per annum.

85. Metals owes ProvPort the principal amount of $12,762.49 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for June, 2004, together with interest thereon, which interest continues to accrue at the rate of 18% per annum.

86. Metals owes ProvPort the principal amount of $19,504.00 in Wharfage charges in accordance with the Tariff with respect to M/V Explorer II for June, 2004, together with interest thereon, which interest continues to accrue at the rate of 18% per annum.

87. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Wharfage charges to ProvPort in accordance with the Tariff, as amended.

88. Metals owes ProvPort the total principal amount of $584,673.75 in Wharfage charges in accordance with the Tariff, as amended, together with interest thereon, which interest is in the amount of $179,427.80 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

**COUNT III**

**(For Usage)**

89. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

90. Metals owes ProvPort the principal amount of $170.00 for Usage in accordance with the Tariff for September, 1997, together with interest thereon, which interest is in the amount of $210.72 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

91. Metals owes ProvPort the principal amount of $45.00 for Usage in accordance with the Tariff for November, 1998, together with interest thereon, which interest is in the amount of $37.96 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

92. Metals owes ProvPort the principal amount of $95.00 for Usage in accordance with the Tariff for August, 1999, together with interest thereon, which interest is in the amount of $84.08 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

93. Metals owes ProvPort the principal amount of $30.00 for Usage in accordance with the Tariff for December, 1999, together with interest thereon, which interest is in the amount of $25.07 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

94. Metals owes ProvPort the principal amount of $30.00 for Usage in accordance with the Tariff for February, 2000, together with interest thereon, which interest is in the amount of $23.80 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

95. Metals owes ProvPort the principal amount of $1,620.00 for Usage in accordance with the Tariff for April, 2001, together with interest thereon, which interest is in the amount of $945.27 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

96. Metals owes ProvPort the principal amount of $2,792.00 for Usage in accordance with the Tariff for June, 2002, together with interest thereon, which interest is in the amount of $1,023.27 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

97. Metals owes ProvPort the principal amount of $4,860.00 for Usage in accordance with the Tariff for October, 2002, together with interest thereon, which interest is in the amount of $1,494.45 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

98. Metals owes ProvPort the principal amount of $1,755.00 for Usage in accordance with the Tariff for November, 2002, together with interest thereon, which interest is in the amount of $528.26 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

99. Metals owes ProvPort the principal amount of $4,100.00 for Usage in accordance with the Tariff for January, 2003, together with interest thereon, which interest is in the amount of $1,088.55 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

100. Metals owes ProvPort the principal amount of $1,395.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $269.93 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

101. Metals owes ProvPort the principal amount of $4,920.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $932.34 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

102. Metals owes ProvPort the principal amount of $1,290.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $236.07 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

103. Metals owes ProvPort the principal amount of $870.00 for Usage in accordance with the Tariff for September, 2003, together with interest thereon, which interest is in the amount of $124.85 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

104. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Usage charges to ProvPort in accordance with the Tariff.

105. Metals owes ProvPort the total principal amount of $23,972.00 in Usage charges in accordance with the Tariff, together with interest thereon, which interest is in the amount of $7,024.62 as of June 30, 2004 and continues to accrue at the rate of 18% per annum.

**COUNT IV**

**(For Rent and Related Charges)**

106. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

107. Metals owes ProvPort the principal amount of $8,424.53 for rent for the month of September, 1996, together with interest thereon, which interest is in the amount of $7,989.26 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

108. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1996, together with interest thereon, which interest is in the amount of $10,482.55 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

109. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1996, together with interest thereon, which interest is in the amount of $10,367.11 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

110. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1996, together with interest thereon, which interest is in the amount of $10,255.40 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

111. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of January, 1997, together with interest thereon, which interest is in the amount of $10,139.96 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

112. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of February, 1997, together with interest thereon, which interest is in the amount of $10,024.52 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

113. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of March, 1997, together with interest thereon, which interest is in the amount of $9,920.26 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

114. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of April, 1997, together with interest thereon, which interest is in the amount of $9,804.82 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

115. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of May, 1997, together with interest thereon, which interest is in the amount of $9,693.10 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

116. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of June, 1997, together with interest thereon, which interest is in the amount of $9,573.94 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

117. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of July, 1997, together with interest thereon, which interest is in the amount of $9,465.95 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

118. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of August, 1997, together with interest thereon, which interest is in the amount of $9,350.51 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

119. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of September, 1997, together with interest thereon, which interest is in the amount of $9,145.70 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

120. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1997, together with interest thereon, which interest is in the amount of $9,123.36 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

121. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1997, together with interest thereon, which interest is in the amount of $9,048.88 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

122. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1997, together with interest thereon, which interest is in the amount of $8,948.34 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

123. Metals owes ProvPort the principal amount of $5,361.68 for rent for the month of August, 1998, together with interest thereon, which interest is in the amount of $3,858.84 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

124. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of September, 1998, together with interest thereon, which interest is in the amount of $7,928.01 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

125. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1998, together with interest thereon, which interest is in the amount of $7,812.57 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

126. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1998, together with interest thereon, which interest is in the amount of $7,689.69 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

127. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1998, together with interest thereon, which interest is in the amount of $7,581.70 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

128. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of January, 1999, together with interest thereon, which interest is in the amount of $8,818.01 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

129. Metals owes ProvPort the principal amount of $16,716.87 for rent for the month of September, 2000, together with interest thereon, which interest is in the amount of $7,790.06 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

130. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of September, 2001, together with interest thereon, which interest is in the amount of $4,606.60 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

131. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of October, 2001, together with interest thereon, which interest is in the amount of $4,472.82 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

132. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of November, 2001, together with interest thereon, which interest is in the amount of $4,334.58 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

133. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of December, 2001, together with interest thereon, which interest is in the amount of $4,200.80 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

134. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of January, 2002, together with interest thereon, which interest is in the amount of $4,062.55 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

135. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of February, 2002, together with interest thereon, which interest is in the amount of $3,924.31 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

136. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of March, 2002, together with interest thereon, which interest is in the amount of $3,799.45 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

137. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of April, 2002, together with interest thereon, which interest is in the amount of $3,661.20 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

138. Metals owes ProvPort the principal amount of $4,275.00 for rent for the month of May, 2004, together with interest thereon, which interest is in the amount of $68.40 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

139. Metals owes ProvPort the principal amount of $7,601.00 for rent for the month of May, 2004, together with interest thereon, which interest is in the amount of $93.75 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

140. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of June, 2004, together with interest thereon, which interest is in the amount of $59.75 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

141. Metals owes ProvPort the principal amount of $28,594.16 for water invoiced in October, 1997, together with interest thereon, which interest is in the amount of $23,428.15 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

142. Metals owes ProvPort the principal amount of $899.25 for sweeping invoiced in October, 1997, together with interest thereon, which interest is in the amount of $736.79 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

143. Metals owes ProvPort the principal amount of $60.00 for electricity invoiced in November, 1999, together with interest thereon, which interest is in the amount of $33.74 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

144. Metals owes ProvPort the principal amount of $31,150.00 for temporary storage invoiced in October, 1997, together with interest thereon, which interest is in the amount of $25,501.47 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

145. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of rent and related charges to ProvPort.

146. Metals owes ProvPort the total principal amount $439,719.81 for rent and related charges, together with interest thereon, which interest is in the amount of $287,796.90 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

**COUNT V**

**(For Repairs)**

147. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

148. Metals owes ProvPort the principal amount of $242,800.00 for dock repairs, together with interest thereon, which interest is in the amount of $73,730.27 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

149. Metals owes ProvPort the principal amount of $7,437.40 for repairs to broken hydrants on the dock, together with interest thereon, which interest is in the amount of $2,258.49 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

150. Metals owes ProvPort the principal amount of $6,246.00 for the purchase and installation of bollards, together with interest thereon.

151. Metals owes ProvPort the principal amount of $761.76 for repairs to the water stab in berth 4, together with interest thereon, which interest is in the amount of $231.32 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

152. Metals owes ProvPort the principal amount of $40.00 for equipment repairs invoiced in April and June 1997, together with interest thereon, which interest is in the amount of $34.74 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

153. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment for repairs to ProvPort.

154. Metals owes ProvPort the principal amount of $257,285.16 for repairs, together with interest thereon, which interest is in the amount of $76,254.82 as of June 30, 2004 and continues to accrue at the rate of 12% per annum.

**WHEREFORE**, ProvPort, Inc. respectfully requests:

1. That the Court enter judgment in its favor against Metals Recycling, L.L.C:

a. in the principal amount of $ 75,614.74 for Dockage charges, together with interest thereon;

b. in the principal amount of $584,673.75 for Wharfage charges, together with interest thereon;

c. in the principal amount of $23,972.00 for Usage charges, together with interest thereon;

d. in the principal amount of $439,719.81 for rent and related charges, together with interest thereon;

e. in the principal amount of $257,285.16 for repairs, together with interest thereon.

2. That the Court enter an Order awarding ProvPort, Inc. its reasonable attorneys' fees, cost and expenses incurred in filing and pursuing this action.

3. That the Court provide such other and further relief as it deems fair and just.

**VERIFICATION**

I, Raymond Meador, President of ProvPort, Inc., hereby verify that I have read the foregoing Verified Complaint and that the allegations contained therein are true and accurate.

Raymond Meador, President
ProvPort, Inc.

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

August 2, 2004

Then personally appeared before me the above-named Raymond Meador, President of ProvPort, Inc., and swore that the allegations contained in the foregoing Verified Complaint are true and accurate.

Notary Public
My Commission Expires: 9/21/06

Stephen J. Reid, Jr. #2811
Attorney for Plaintiff
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: August 2, 2004

F:\DOCS\SJR\ProvPort\Complaint Metals (revised 5)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET CA 04 329 L

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

ProvPort, Inc.

**DEFENDANTS**

Metals Recycling, L.L.C.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Providence
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED AUG 2 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace, Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) 28 U.S.C. Sec. 1333. Plaintiff seeks to recover amounts due and owing from defendant for dockage, wharfage, usage, rent, and damages to plaintiff's property.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

**DEMAND $** $1,381,265.46 plus interest

Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): N/A JUDGE ______ DOCKET NUMBER ______

DATE 8-2-04 SIGNATURE OF ATTORNEY OF RECORD [signature]