Holland+Knight
Tel 401 751 8500
Fax 401 553 6850
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
www.hklaw.com

R. Daniel Prentiss
401 824 5112
rdaniel.prentiss@hklaw.com

April 20, 2005

Stephen J. Reid, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

Re: ProvPort, Inc. v. Metals Recycling, L.L.C.

Dear Stephen:

I have given a quick review to the responses to discovery which you provided me yesterday. While I have not completed my review of the documents, I do have an issue with one of your interrogatory answers. I would like to ask you to reconsider your objection to interrogatory number 2. This inquiry into the statutory or regulatory authority for the plaintiff's so-called tariff does not seek a legal conclusion or legal opinion. ProvPort, in its Complaint, purports to assert that its tariff has some kind of legal status that is more than mere *ipse dixit*. You made that assertion to Judge Legueux in our initial conference on this case. The defendant is certainly entitled to know the legal basis for that assertion. This, in my view, falls within the provision in Rule 33 that expressly permits interrogatories that address "an opinion or contention that relates to fact or the application of law to fact."

Please let me know at your earliest convenience whether you will voluntarily provide a full answer to this interrogatory. Otherwise, I shall file a motion to compel.

Parenthetically, I would suggest that this is information that we would deem important to being able to engage in meaningful discussions at the settlement conference now scheduled for May 9.

Very truly yours,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss

RDP/klg
Enclosure

cc: Brian Brandt

Bcc: Gregory Benik, Esq.

# 2551765_v1