Holland+Knight

Tel 401 751 8500
Fax 401 553 6850

Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
www.hklaw.com

R. Daniel Prentiss
401 824 5101
rdaniel.prentiss@hklaw.com

May 3, 2005

Stephen J. Reid, Jr., Esq.
30 Exchange Terrace
Providence, RI 02903

Re: ProvPort, Inc. v. Metals Recycling, L.L.C.

Dear Stephen:

I have taken the time to give further review to the materials you provided in response to my discovery requests. I have some additional questions.

First, your answers to interrogatories 3 through 5 make reference, at sub-part c, to the "Port of Providence Terminal Tariff No. 200, as amended." I do not see any tariff amendments in the documents produced. Can you please provide me with copies of any and all tariff "amendments" as referred to in the interrogatory answers? Also, the spreadsheets which you provided in response to interrogatories 3 through 6 do not appear to me to include any accounting for dockage or "usage." Further, the spreadsheets' accounting for wharfage is not as extensive as the claims in your complaint.

Can you please review these deficiencies and let me know whether you will produce the additional information without the necessity of a motion?

Thank you for your consideration.

Very truly yours,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss

RDP/klg

cc: Brian Brandt