UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

**PROVPORT, INC.'S OBJECTION TO METALS RECYCLING, L.L.C.'S MOTION TO COMPEL**

Plaintiff and defendant-in-counterclaim ProvPort, Inc., hereby objects to defendant and plaintiff-in-counterclaim, Metals Recycling, L.L.C.'s, Motion To Compel for the reasons set forth in the accompanying Memorandum in support of this Objection.

**WHEREFORE**, ProvPort, Inc. respectfully requests that the Court deny Metals Recycling, L.L.C.'s Motion To Compel.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: June 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2005, I caused a copy of the foregoing ProvPort, Inc.'s Objection To Metals Recycling, L.L.C.'s MotionTo Compel to be hand-delivered to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

**MEMORANDUM IN SUPPORT OF PROVPORT, INC.'S OBJECTION TO METALS RECYCLING, L.L.C.'S MOTION TO COMPEL**

## I. Background

Defendant and plaintiff-in-counterclaim , Metals Recycling, L.L.C. ("Metals"), has filed a Motion To Compel, wherein it seeks from plaintiff and defendant-in-counterclaim, ProvPort, Inc. ("ProvPort"), more responsive discovery responses to: "(1) Document Request No. 1; (2) Interrogatory No. 2; and (3) the spreadsheets concerning the Wharfage charges." ProvPort has filed an Objection to Metals' Motion To Compel.

## II. Argument

Simultaneous with the filing and service of its Objection and this Memorandum, ProvPort has served upon counsel for Metals:

a. ProvPort, Inc.'s Supplemental Answers To First Set Of Interrogatories Propounded By Metals Recycling, L.L.C., wherein ProvPort has supplemented its original Answers to Interrogatories numbered 2, 3, 4, and 5; and

b. ProvPort, Inc.'s Supplemental Response To First Set Of Requests For Production By Metals Recycling, L.L.C., wherein ProvPort has supplemented its original Response to Request numbered 1.

## III. Conclusion

For the foregoing reasons, ProvPort respectfully requests that the Court deny Metals Recycling, L.L.C.'s Motion To Compel.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2005, I caused a copy of the foregoing Memorandum In Support Of ProvPort, Inc.'s Objection To Metals Recycling, L.L.C.'s MotionTo Compel to be hand-delivered to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903