UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.,
Plaintiff,

vs.

METALS RECYCLING, L.L.C.,
Defendant

C.A. No.: 04-329-L

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE IN PRETRIAL ORDER

The Plaintiff and the Defendant in the above-captioned matter hereby jointly move to extend the discovery deadline contained in the Pretrial Order by 120 days, making the new discovery deadline November 28, 2005. (*See* Pretrial Order attached as Exhibit 1.) In addition to this, the Plaintiff and the Defendant request that all other deadlines contained in the pretrial order also be extended by 120 days to accommodate for this extension of the discovery deadline. In support of this motion, the parties assert that the discovery necessary for adjudicating this case cannot be completed within the current deadline and both parties agree that neither side will be prejudiced by this extension.

PLAINTIFF
**PROVPORT, INC.**
By its attorneys

**BLISH & CAVANAUGH, L.L.P.**

Stephen J. Reid (JW)

Stephen J. Reid, Jr., Esq. (# 2811)
Blish & Cavanaugh, L.L.P.
30 Exchange Terrace,
Providence, Rhode Island 02903
Tel: (401) 831-8900
Fax: (401) 751-7542

Dated: June 23rd, 2005

DEFENDANT,
**METALS RECYCLING, L.L.C.**
By its attorneys,

**HOLLAND & KNIGHT LLP**

J. P. Wall

R. Daniel Prentiss, Esq. (# 0783)
Gregory L. Benik, Esq. (# 1515)
John P. Walsh, Esq. (# 6709)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

# 3014261_v1