COPY

FILED
JUN 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC., Plaintiff,

vs. C.A. No.: 04-329-L

METALS RECYCLING, L.L.C., Defendant

**DEFENDANT METALS RECYCLING, LLC'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Defendant and Plaintiff-in-Counterclaim, Metals Recycling, L.L.C. (hereafter "Defendant" or "Metal Recycling"), hereby moves to compel from the Plaintiff and Defendant-in-Counterclaim, ProvPort, Inc. (hereafter "Plaintiff" or "ProvPort"), more responsive answers to the Defendant's interrogatories and more documents responsive to the Defendant's document requests. In essence, the Defendant seeks to compel more responsive answers and documents related to the alleged amendments to the tariff at issue in this case (the "Tariff") because the Plaintiff has based a number of its allegations on these alleged amendments. In further support of its motion, Defendant Metals Recycling submits the accompany memorandum of law.

WHEREFORE, Defendant Metal Recycling requests that this Court allow its motion to compel the Plaintiff to provide more responsive discovery responses to the following: (1) Document Request No. 1; (2) Interrogatory No. 2, and (3) the spreadsheets concerning the Wharfage charges.

7/5/05: MOTION PASSED AT DEFENDANT'S REQUEST. LSAT

☐ Referred to U.S.M.J. Almond
☐ for findings & accommendations
☑ ~~for~~ determination
☐ ______

Ronald R. Lagueux, Senior U.S. District Judge
Date: 6-17-05