**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-329L** **DATE: September 26, 2005**

**TITLE: PROVPORT, INC. v. METALS RECYCLING, LLC**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Steve Reid, Esq.
Dan Prentiss, Esq.

**PROCEEDING:** Defendant's Motion to Compel the Production of Documents from the Plaintiff

Attorneys argue.

**RULING:** **Court takes under advisement.**
**Order to follow.**