**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**PROVPORT, INC.'S MOTION FOR LEAVE TO FILE AMENDED VERIFIED COMPLAINT**

Plaintiff and defendant-in-counterclaim, ProvPort, Inc. ("ProvPort"), pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby moves the Court for leave to file an Amended Verified Complaint in this action, (the form and content of which Amended Verified Complaint is attached hereto as Attachment "A"), for the reasons set forth in the accompanying Memorandum.

**WHEREFORE,** ProvPort respectfully requests that the Court grant its Motion For Leave To File Amended Verified Complaint.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2005, I caused a copy of the foregoing ProvPort, Inc.'s Motion For Leave To File Amended Verified Complaint to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Stephen J. Reid, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

**MEMORANDUM IN SUPPORT OF PROVPORT, INC.'S MOTION FOR LEAVE TO FILE AMENDED VERIFIED COMPLAINT**

On August 2, 2004, the original Verified Complaint of ProvPort, Inc. ("ProvPort") in this action was filed with the Court. That Verified Complaint seeks "to recover amounts due and owing from defendant for dockage, wharfage, usage, rent, and damages to plaintiff's property" as of June 30, 2004.

ProvPort has filed a Motion For Leave To File Amended Verified Complaint, which Motion is presently before the Court. In support of its Motion, ProvPort states the following:

1. Since the original Verified Complaint was filed, defendant and plaintiff-in-counterclaim, Metals Recycling, L.L.C. ("Metals"), has become further obligated and indebted to ProvPort for additional dockage, wharfage, usage, rent, damages to ProvPort's property, and interest through and including September 23, 2005, and continuing.

2. The proposed Amended Verified Complaint, in addition to correcting certain minor inaccuracies in, and updating the interest charges on, the claims set forth in the original Verified Complaint, itemizes the additional dockage, wharfage, rent, and damages claims by ProvPort against Metals from July 1, 2004 through and including

September 23, 2005.

3. The granting of ProvPort's Motion will allow for all of ProvPort's claims against Metals for such damages to be addressed in one proceeding, without the necessity of filing a new action to address ProvPort's claims against Metals from July 1, 2004 through September 23, 2005 and subsequently moving to consolidate that new action with the present action.

For all of the foregoing reasons, ProvPort respectfully requests that the Court grant its Motion For Leave To File Amended Verified Complaint.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2005, I caused a copy of the foregoing Memorandum In Support Of ProvPort, Inc.'s Motion For Leave To File Amended Verified Complaint to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903