RECEIVED
FILED
OCT 11 2005
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**AMENDED VERIFIED COMPLAINT**

Plaintiff brings this action seeking to recover amounts due and owing from defendant for dockage, wharfage, usage, rent, and damages to plaintiff's property.

**Jurisdiction And Venue**

The Court has jurisdiction over the subject of this action pursuant to 28 U.S.C. §1333 and pursuant to 28 U.S.C. §1367(a). Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b).

**Parties**

1. Plaintiff, ProvPort, Inc. ("ProvPort"), is a corporation duly organized and existing under the laws of the State of Rhode Island, having its principal place of business at 35 Terminal Road, Providence, Providence County, Rhode Island.

2. Defendant, Metals Recycling, L.L.C. ("Metals"), is a corporation organized and existing under the laws of the State of Rhode Island, having its principal place of business at 89 Celia Street, Johnston, Providence County, Rhode Island.

**Facts**

3. ProvPort has at all times material hereto managed and operated The Port Of Providence (the "Port") in accordance with an agreement with the Providence Redevelopment Agency.

4. Metals, at all times material hereto, has been a tenant at the Port, either pursuant to the terms of a lease agreement or on a month-to-month tenancy at sufferance following the termination of the lease agreement.

5. On June 10, 1994, Port of Providence Terminal Tariff No. 200 (the "Tariff") was duly issued by Thomas F. O'Connor, Jr., Executive Director of the Port, which Tariff became effective on July 10, 1994. A copy of the Tariff is attached hereto and incorporated herein by reference as Exhibit "A". ProvPort has at all times material hereto applied the rates and charges set forth in the Tariff, as amended, with respect to, inter alia, "dockage", "wharfage", and "usage".

6. The Tariff provides in Rule 34.3, entitled "General Rules", as follows:

> **1. APPLICATION OF TARIFF:**
>
> Except as otherwise provided herein, the rules, regulations, rates and charges in this tariff will apply on all cargo delivered to or discharged from vessels at Municipal Wharf.
>
> * * *
>
> **30. PAYMENT OF INVOICE:**
>
> A) On each inbound or outbound ship moving across Municipal Wharf, the responsibility for payment of Port Tariff Charges shall rest with those who perform the forwarding functions on such shipments unless other arrangements have been made.

B) The responsibility for Port Tariff Charges assessed against a vessel shall rest with the local agent and/or owner of such vessel unless other arrangements have been made.

* * *

7. The Tariff provides in Rule 34.4, entitled "Dockage", as follows:

**1. DEFINITION:**

The term dockage refers to the charge assessed against a vessel for berthing at the facility or for mooring to a vessel so berthed.

In Section 2 of Rule 34.4, entitled "Rates", the Tariff sets forth the various dockage rates to be charged. Those rates have since been amended.

8. The Tariff provides in Rule 34.5, entitled "Wharfage", as follows:

**ITEM 103 WHARFAGE DEFINED**: A charge assessed against all cargo passing or conveyed over, onto, or under wharves or between vessels (to and from barge, lighter or water) when berthed in a wharf or when moored in slip adjacent to wharf. Wharfage is solely the charge for use of wharf and does not include charges for any other services.

In Item 104 of Rule 34.5, entitled "Wharfage Rates", the Tariff sets forth the various wharfage rates to be charged, including the following:

"e) Scrap metal shall be assessed at eighty cents ($.80) per ton of 2,000 lbs."

Effective May 1, 2004 the wharfage rate for scrap metal was increased to $1.25 per ton of 2,000 pounds.

9. The Tariff provides in Rule 34.9, entitled "Usage", as follows:

**ITEM 113 USAGE DEFINED:**

The use of terminal facilities by any rail carrier lighter operator, trucker, shipper or consignee or their agents, servants and/or employees, when they perform their own car, lighter or truck loading or unloading, or the use of said facilities for any other gainful purpose for which a charge is not otherwise specified.

In Item 114 of Rule 34.9, entitled "Usage Charges", the Tariff sets forth the various Usage charges.

**COUNT I**

**(For Dockage)**

10. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

11. Metals owes ProvPort the principal amount of $5,982.30 in Dockage charges in accordance with the Tariff with respect to M/V Caravos Trader for September, 1995, together with interest thereon, which interest is in the amount of $10,974.53 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

12. Metals owes ProvPort the principal amount of $6,000.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for April, 1998, together with interest thereon, which interest is in the amount of $8,109.00 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

13. Metals owes ProvPort the principal amount of $7,500.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for July, 1998, together with interest thereon, which interest is in the amount of $9,900.00 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

14. Metals owes ProvPort the principal amount of $9,000.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for December, 1998, together with interest thereon, which interest is in the amount of $11,164.50 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

15. Metals owes ProvPort the principal amount of $4,500.00 in Dockage charges in accordance with the Tariff with respect to Weeks Crane for December, 1998, together with interest thereon, which interest is in the amount of $5,582.25 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

16. Metals owes ProvPort the principal amount of $28,728.44 in Dockage charges in accordance with the Tariff with respect to M/V Ratna Deep for January, 2002, together with interest thereon, which interest is in the amount of $19,147.51 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

17. Metals owes ProvPort the principal amount of $11,904.00 in Dockage charges in accordance with the Tariff with respect to M/V Bulk Orion for April, 2002, together with interest thereon, which interest is in the amount of $7,416.19 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

18. Metals owes ProvPort the principal amount of $2,000.00 in Dockage charges in accordance with the Tariff with respect to Barge Iron-master for January, 2002, together with interest thereon, which interest is in the amount of $1,345.00 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

19. Metals owes ProvPort the principal amount of $3,000.00 in Dockage charges in accordance with the Tariff with respect to Barge Bulkmaster for January, 2005, together with interest thereon, which interst is in the amount of $325.50 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

20. Metals owes ProvPort the principal amount of $3,000.00 in Dockage charges in accordance with the Tariff with respect to Barge Portsmouth for February, 2005, together with interest thereon, which interest is in the amount of $310.50 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

21. Metals owes ProvPort the principal amount of $2,000.00 in Dockage charges in accordance with the Tariff with respect to Barge Ironmaster for April, 2005, together with interest thereon, which interest is in the amount of $164.00 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

22. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Dockage charges to ProvPort in accordance with the Tariff, as amended.

23. Metals owes ProvPort the total principal amount of $83,614.74 in Dockage charges in accordance with the Tariff, as amended, together with interest thereon, which interest is in the amount of $74,438.98 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

## COUNT II

## (For Wharfage)

24. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

25. Metals owes ProvPort the principal amount of $2,953.98 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for March, 1998, together with interest thereon, which interest is in the amount of $4,073.54 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

26. Metals owes ProvPort the principal amount of $15,509.13 in Wharfage charges in accordance with the Tariff with respect to M/V Adimon for January, 2001, together with interest thereon, which interest is in the amount of $13,268.06 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

27. Metals owes ProvPort the principal amount of $16,236.87 in Wharfage charges in accordance with the Tariff with respect to M/V Dipper for March, 2001, together with interest thereon, which interest is in the amount of $13,314.23 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

28. Metals owes ProvPort the principal amount of $16,986.74 in Wharfage charges in accordance with the Tariff with respect to M/V Hato for January, 2001, together with interest thereon, which interest is in the amount of $14,404.75 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

29. Metals owes ProvPort the principal amount of $8,453.67 in Wharfage charges in accordance with the Tariff with respect to M/V Jaio Zhou Hai for December, 2001, together with interest thereon, which interest is in the amount of $5,803.44 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

30. Metals owes ProvPort the principal amount of $7,417.17 in Wharfage charges in accordance with the Tariff with respect to M/V Sea Sparkle for January, 2001, together with interest thereon, which interest is in the amount of $6,397.31 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

31. Metals owes ProvPort the principal amount of $19,003.67 in Wharfage charges in accordance with the Tariff with respect to M/V Strahlhorn for February, 2001, together with interest thereon which interest is in the amount of $15,925.08 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

32. Metals owes ProvPort the principal amount of $13,700.48 in Wharfage charges in accordance with the Tariff with respect to M/V Gustav for June, 2001, together with interest thereon, which interest is in the amount of $10,720.63 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

33. Metals owes ProvPort the principal amount of $16,011.95 in Wharfage charges in accordance with the Tariff with respect to M/V Hato for May, 2001, together with interest thereon, which interest is in the amount of $12,689.47 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

34. Metals owes ProvPort the principal amount of $3,713.22 in Wharfage charges in accordance with the Tariff with respect to M/V Bluebill for July, 2001, together with interest thereon, which interest is in the amount of $2,822.05 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

35. Metals owes ProvPort the principal amount of $9,409.02 in Wharfage charges in accordance with the Tariff with respect to M/V Makeevka for August, 2001, together with interest thereon, which interest is in the amount of $7,028.54 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

36. Metals owes ProvPort the principal amount of $1,558.28 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for August, 2001, together with interest thereon, which interest is in the amount of $1,163.26 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

37. Metals owes ProvPort the principal amount of $9,137.70 in Wharfage charges in accordance with the Tariff with respect to M/V Dooyang Victor for August, 2001, together with interest thereon, which interest is in the amount of $6,807.58 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

38. Metals owes ProvPort the principal amount of $10,616.17 in Wharfage charges in accordance with the Tariff with respect to M/V Star Pollux for October, 2001, together with interest thereon, which interest is in the amount of $7,601.17 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

39. Metals owes ProvPort the principal amount of $6,607.36 in Wharfage charges in accordance with the Tariff with respect to M/V Amstel for October, 2001, together with interest thereon, which interest is in the amount of $4,704.44 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

40. Metals owes ProvPort the principal amount of $1,923.46 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for January, 2002, together with interest thereon, which interest is in the amount of $1,299.30 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

41. Metals owes ProvPort the principal amount of $9,220.44 in Wharfage charges in accordance with the Tariff with respect to M/V Karadeniz S for January, 2002, together with interest thereon, which interest is in the amount of $6,168.47 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

42. Metals owes ProvPort the principal amount of $9,896.38 in Wharfage charges in accordance with the Tariff with respect to M/V Olympic Mentor for January, 2002, together with interest thereon, which interest is in the amount of $6,729.54 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

43. Metals owes ProvPort the principal amount of $2,983.61 in Wharfage charges in accordance with the Tariff with respect to M/V Arwa for January, 2002, together with interest thereon, which interest is in the amount of $2,015.43 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

44. Metals owes ProvPort the principal amount of $19,118.35 in Wharfage charges in accordance with the Tariff with respect to M/V Ratna Deep for March, 2002, together with interest thereon, which interest is in the amount of $12,321.78 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

45. Metals owes ProvPort the principal amount of $3,922.15 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for March, 2002, together with interest thereon, which interest is in the amount of $2,504.29 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

46. Metals owes ProvPort the principal amount of $3,503.89 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for March, 2002, together with interest thereon, which interest is in the amount of $2,237.23 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

47. Metals owes ProvPort the principal amount of $3,928.27 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for March, 2002, together with interest thereon, which interest is in the amount of $2,508.20 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

48. Metals owes ProvPort the principal amount of $13,104.57 in Wharfage charges in accordance with the Tariff with respect to M/V Muir Field for May, 2002, together with interest thereon, which interest is in the amount of $8,098.63 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

49. Metals owes ProvPort the principal amount of $6,532.95 in Wharfage charges in accordance with the Tariff with respect to M/V Spar Topaz for May, 2002, together with interest thereon, which interest is in the amount of $4,037.36 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

50. Metals owes ProvPort the principal amount of $5,832.24 in Wharfage charges in accordance with the Tariff with respect to M/V Ikan Progresso for June, 2002, together with interest thereon, which interest is in the amount of $3,519.76 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

51. Metals owes ProvPort the principal amount of $5,710.12 in Wharfage charges in accordance with the Tariff with respect to M/V Bulk Orion for June, 2002, together with interest thereon, which interest is in the amount of $3,443.20 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

52. Metals owes ProvPort the principal amount of $13,025.01 in Wharfage charges in accordance with the Tariff with respect to M/V Dipper for June, 2002, together with interest thereon, which interest is in the amount of $7,704.29 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

53. Metals owes ProvPort the principal amount of $4,849.28 in Wharfage charges in accordance with the Tariff with respect to M/V Dove for July, 2002, together with interest thereon, which interest is in the amount of $2,793.19 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

54. Metals owes ProvPort the principal amount of $20,465.47 in Wharfage charges in accordance with the Tariff with respect to M/V Mentor for August, 2002, together with interest thereon, which interest is in the amount of $11,501.59 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

55. Metals owes ProvPort the principal amount of $3,896.67 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for August, 2002, together with interest thereon, which interest is in the amount of $2,189.93 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

56. Metals owes ProvPort the principal amount of $2,807.24 in Wharfage charges in accordance with the Tariff with respect to M/V Angel Light for September, 2002, together with interest thereon, which interest is in the amount of $1,565.04 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

57. Metals owes ProvPort the principal amount of $11,281.93 in Wharfage charges in accordance with the Tariff with respect to M/V Bohinj for October, 2002, together with interest thereon, which interest is in the amount of $6,097.88 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

58. Metals owes ProvPort the principal amount of $15,319.39 in Wharfage charges in accordance with the Tariff with respect to M/V Ocean Regina for December, 2002, together with interest thereon, which interest is in the amount of $7,797.57 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

59. Metals owes ProvPort the principal amount of $10,217.38 in Wharfage charges in accordance with the Tariff with respect to M/V Swan Arrow for December, 2002, together with interest thereon, which interest is in the amount of $5,169.99 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

60. Metals owes ProvPort the principal amount of $6,137.14 in Wharfage charges in accordance with the Tariff with respect to M/V Yick Zao for January, 2003, together with interest thereon, which interest is in the amount of $3,019.47 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

61. Metals owes ProvPort the principal amount of $5,742.30 in Wharfage charges in accordance with the Tariff with respect to M/V Great Ocean for January, 2003, together with interest thereon, which interest is in the amount of $2,819.47 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

62. Metals owes ProvPort the principal amount of $14,736.15 in Wharfage charges in accordance with the Tariff with respect to M/V Helen C for February, 2003, together with interest thereon, which interest is in the amount of $7,036.51 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

63. Metals owes ProvPort the principal amount of $10,241.68 in Wharfage charges in accordance with the Tariff with respect to M/V Great Creations for March, 2003, together with interest thereon, which interest is in the amount of $4,680.45 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

64. Metals owes ProvPort the principal amount of $2,786.62 in Wharfage charges in accordance with the Tariff with respect to M/V Swan for March, 2003, together with interest thereon, which interest is in the amount of $1,273.48 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

65. Metals owes ProvPort the principal amount of $16,107.70 in Wharfage charges in accordance with the Tariff with respect to M/V Konkar Theo for May, 2003, together with interest thereon, which interest is in the amount of $6,942.42 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

66. Metals owes ProvPort the principal amount of $5,164.60 in Wharfage charges in accordance with the Tariff with respect to Barge Somerset for June, 2003, together with interest thereon, which interest is in the amount of $2,143.31 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

67. Metals owes ProvPort the principal amount of $3,974.10 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for June, 2003, together with interest thereon, which interest is in the amount of $1,649.25 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

68. Metals owes ProvPort the principal amount of $12,179.62 in Wharfage charges in accordance with the Tariff with respect to M/V Heron for August, 2003, together with interest thereon, which interest is in the amount of $4,750.05 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

69. Metals owes ProvPort the principal amount of $3,990.74 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for August, 2003, together with interest thereon, which interest is in the amount of $1,538.43 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

70. Metals owes ProvPort the principal amount of $15,405.95 in Wharfage charges in accordance with the Tariff with respect to M/V Kanin for September, 2003, together with interest thereon, which interest is in the amount of $5,792.64 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

71. Metals owes ProvPort the principal amount of $3,620.05 in Wharfage charges in accordance with the Tariff with respect to M/V Navios Horizon for September, 2003, together with interest thereon, which interest is in the amount of $1,361.14 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

72. Metals owes ProvPort the principal amount of $4,294.28 in Wharfage charges in accordance with the Tariff with respect to M/V Bridgeport for September, 2003, together with interest thereon, which interest is in the amount of $1,571.71 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

73. Metals owes ProvPort the principal amount of $4,379.24 in Wharfage charges in accordance with the Tariff with respect to M/V Atlantic Express for October, 2003, together with interest thereon, which interest is in the amount of $1,534.92 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

74. Metals owes ProvPort the principal amount of $5,188.60 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for November, 2003, together with interest thereon, which interest is in the amount of $1,735.59 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

75. Metals owes ProvPort the principal amount of $4,003.10 in Wharfage charges in accordance with the Tariff with respect to M/V Bridgeport for November, 2003, together with interest thereon, which interest is in the amount of $1,339.04 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

76. Metals owes ProvPort the principal amount of $13,112.90 in Wharfage charges in accordance with the Tariff with respect to M/V Sea Fortune for December, 2003, together with interest thereon, which interest is in the amount of $4,281.36 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

77. Metals owes ProvPort the principal amount of $16,814.23 in Wharfage charges in accordance with the Tariff with respect to M/V Lia for January, 2004, together with interest thereon, which interest is in the amount of $5,262.85 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

78. Metals owes ProvPort the principal amount of $4,181.73 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for February, 2004, together with interest thereon, which interest is in the amount of $1,216.88 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

79. Metals owes ProvPort the principal amount of $1,771.34 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for February, 2004, together with interest thereon, which interest is in the amount of $515.46 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

80. Metals owes ProvPort the principal amount of $4,120.47 in Wharfage charges in accordance with the Tariff with respect to Barge Somerset for February, 2004, together with interest thereon, which interest is in the amount of $1,199.06 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

81. Metals owes ProvPort the principal amount of $8,909.32 in Wharfage charges in accordance with the Tariff with respect to M/V Borc for March, 2004, together with interest thereon, which interest is in the amount of $2,418.88 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

82. Metals owes ProvPort the principal amount of $8,151.23 in Wharfage charges in accordance with the Tariff with respect to M/V Handy Rainbow for April, 2004, together with interest thereon, which interest is in the amount of $2,200.83 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

83. Metals owes ProvPort the principal amount of $9,523.87 in Wharfage charges in accordance with the Tariff with respect to M/V Nego Wes for April, 2004, together with interest thereon, which interest is in the amount of $2,571.44 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

84. Metals owes ProvPort the principal amount of $7,759.33 in Wharfage charges in accordance with the Tariff with respect to M/V Shan King for April, 2004, together with interest thereon, which interest is in the amount of $2,036.83 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

85. Metals owes ProvPort the principal amount of $12,762.49 in Wharfage charges in accordance with the Tariff with respect to M/V New Wave for April, 2004, together with interest thereon, which interest is in the amount of $3,350.15 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

86. Metals owes ProvPort the principal amount of $3,960.52 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for June, 2004, together with interest thereon, which interest is in the amount of $901.02 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

87. Metals owes ProvPort the principal amount of $26,370.78 in Wharfage charges in accordance with the Tariff with respect to M/V Ocean Paradise for June, 2004, together with interest thereon, which interest is in the amount of $6,289.43 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

88. Metals owes ProvPort the principal amount of $4,493.26 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for June, 2004, together with interest thereon, which interest is in the amount of $1,028.96 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

89. Metals owes ProvPort the principal amount of $5,167.28 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for June, 2004, together with interest thereon, which interest is in the amount of $1,183.31 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

90. Metals owes ProvPort the principal amount of $19,503.57 in Wharfage charges in accordance with the Tariff with respect to M/V Explorer II for June, 2004, together with interest thereon, which interest is in the amount of $4,388.30 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

91. Metals owes ProvPort the principal amount of $25,122.79 in Wharfage charges in accordance with the Tariff with respect to M/V Falcon for July, 2004, together with interest thereon, which interest is in the amount of $5,451.65 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

92. Metals owes ProvPort the principal amount of $7,541.90 in Wharfage charges in accordance with the Tariff with respect to M/V Fioru Topic for August, 2004, together with interest thereon, which interest is in the amount of $1,485.75 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

93. Metals owes ProvPort the principal amount of $31,100.38 in Wharfage charges in accordance with the Tariff with respect to M/V Aliki for September, 2004, together with interest thereon, which interest is in the amount of $5,893.52 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

94. Metals owes ProvPort the principal amount of $25,633.22 in Wharfage charges in accordance with the Tariff with respect to M/V Darya/Sur for September, 2004, together with interest thereon, which interest is in the amount of $4,601.16 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

95. Metals owes ProvPort the principal amount of $19,978.27 in Wharfage charges in accordance with the Tariff with respect to M/V Ivi for October, 2004, together with interest thereon, which interest is in the amount of $3,386.32 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

96. Metals owes ProvPort the principal amount of $23,671.81 in Wharfage charges in accordance with the Tariff with respect to M/V Hato for December, 2004, together with interest thereon, which interest is in the amount of $3,420.58 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

97. Metals owes ProvPort the principal amount of $4,386.39 in Wharfage charges in accordance with the Tariff with respect to Barge Cargomaster for October, 2004, together with interest thereon, which interest is in the amount of $741.30 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

98. Metals owes ProvPort the principal amount of $12,321.33 in Wharfage charges in accordance with the Tariff with respect to Barge Maryland for December, 2004, together with interest thereon, which interest is in the amount of $1,700.34 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

99. Metals owes ProvPort the principal amount of $19,302.50 in Wharfage charges in accordance with the Tariff with respect to M/V Idas Bulker for January 2005, together with interest thereon, which interest is in the amount of $2,518.98 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

100. Metals owes ProvPort the principal amount of $19,286.72 in Wharfage charges in accordance with the Tariff with respect to M/V Future Confidence for February, 2005, together with interest thereon, which interest is in the amount of $2,111.90 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

101. Metals owes ProvPort the principal amount of $19,341.39 in Wharfage charges in accordance with the Tariff with respect to M/V Yick Luck for February, 2005, together with interest thereon, which interest is in the amount of $2,117.88 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

102. Metals owes ProvPort the principal amount of $11,578.54 in Wharfage charges in accordance with the Tariff with respect to Barge ATC 1800 for February, 2005, together with interest thereon, which interest is in the amount of $1,262.06 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

103. Metals owes ProvPort the principal amount of $8,941.94 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for February, 2005, together with interest thereon, which interest is in the amount of $974.67 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

104. Metals owes ProvPort the principal amount of $5,468.70 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for February, 2005, together with interest thereon, which interest is in the amount of $596.09 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

105. Metals owes ProvPort the principal amount of $8,023.94 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for February, 2005, together with interest thereon, which interest is in the amount of $874.61 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

106. Metals owes ProvPort the principal amount of $7,578.38 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for February, 2005, together with interest thereon, which interest is in the amount of $826.04 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

107. Metals owes ProvPort the principal amount of $7,620.15 in Wharfage charges in accordance with the Tariff with respect to Barge Somerset for February, 2005, together with interest thereon, which interest is in the amount of $830.60 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

108. Metals owes ProvPort the principal amount of $10,749.11 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for March, 2005, together with interest thereon, which interest is in the amount of $1,107.16 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

109. Metals owes ProvPort the principal amount of $8,023.94 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for March, 2005, together with interest thereon, which interest is in the amount of $730.18 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

110. Metals owes ProvPort the principal amount of $10,748.85 in Wharfage charges in accordance with the Tariff with respect to Barge Portsmouth for March, 2005, together with interest thereon, which interest is in the amount of $978.15 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

111. Metals owes ProvPort the principal amount of $9,165.05 in Wharfage charges in accordance with the Tariff with respect to Barge Bulkmaster for March, 2005, together with interest thereon, which interest is in the amount of $834.02 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

112. Metals owes ProvPort the principal amount of $9,277.64 in Wharfage charges in accordance with the Tariff with respect to M/V Rena for March, 2005, together with interest thereon, which interest is in the amount of $844.27 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

113. Metals owes ProvPort the principal amount of $14,434.36 in Wharfage charges in accordance with the Tariff with respect to M/V IDC-3 for April, 2005, together with interest thereon, which interest is in the amount of $1,176.40 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

114. Metals owes ProvPort the principal amount of $8,363.97 in Wharfage charges in accordance with the Tariff with respect to M/V Full City for May, 2005, together with interest thereon, which interest is in the amount of $598.02 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

115. Metals owes ProvPort the principal amount of $ 21,730.50 in Wharfage charges in accordance with the Tariff with respect to M/V Nikos N for May, 2005, together with interest thereon, which interest is in the amount of $ 1,488.54 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

116. Metals owes ProvPort the principal amount of $8,978.82 in Wharfage charges in accordance with the Tariff with respect to M/V George Lyras for May, 2005, together with interest thereon, which interest is in the amount of $583.62 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

117. Metals owes ProvPort the principal amount of $5,014.20 in Wharfage charges in accordance with the Tariff with respect to Barge Ironmaster for May, 2005, together with interest thereon, which interest is in the amount of $288.32 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

118. Metals owes ProvPort the principal amount of $28,048.37 in Wharfage charges in accordance with the Tariff with respect to M/V Genco Glory for May, 2005, together with interest thereon, which interest is in the amount of $1,612.78 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

119. Metals owes ProvPort the principal amount of $12,392.20 in Wharfage charges in accordance with the Tariff with respect to M/V Vammond Wave for June, 2005, together with interest thereon, which interest is in the amount of $588.63 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

120. Metals owes ProvPort the principal amount of $18,022.95 in Wharfage charges in accordance with the Tariff with respect to M/V Protagonist for June, 2005, together with interest thereon, which interest is in the amount of $765.98 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

121. Metals owes ProvPort the principal amount of $22,217.60 in Wharfage charges in accordance with the Tariff with respect to M/V Goldeneye for July, 2005, together with interest thereon, which interest is in the amount of $710.96 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

122. Metals owes ProvPort the principal amount of $16,474.47 in Wharfage charges in accordance with the Tariff with respect to M/V Harrier for July, 2005, together with interest thereon, which interest is in the amount of $527.18 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

123. Metals owes ProvPort the principal amount of $12,392.52 in Wharfage charges in accordance with the Tariff with respect to M/V Noa for August, 2005, together with interest thereon, which interest is in the amount of $260.24 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

124. Metals owes ProvPort the principal amount of $20,536.57 in Wharfage charges in accordance with the Tariff with respect to M/V Sheng Qiang for August, 2005, together with interest thereon, which interest is in the amount of $390.19 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

125. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Wharfage charges to ProvPort in accordance with the Tariff, as amended.

126. Metals owes ProvPort the total principal amount of $1,082,877.85 in Wharfage charges in accordance with the Tariff, as amended, together with interest thereon, which interest is in the amount of $366,736.96 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

**COUNT III**

**(For Usage)**

127. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

128. Metals owes ProvPort the principal amount of $170.00 for Usage in accordance with the Tariff for September, 1997, together with interest thereon, which interest is in the amount of $165.98 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

129. Metals owes ProvPort the principal amount of $45.00 for Usage in accordance with the Tariff for November, 1998, together with interest thereon, which interest is in the amount of $48.08 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

130. Metals owes ProvPort the principal amount of $95.00 for Usage in accordance with the Tariff for August, 1999, together with interest thereon, which interest is in the amount of $105.45 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

131. Metals owes ProvPort the principal amount of $30.00 for Usage in accordance with the Tariff for December, 1999, together with interest thereon, which interest is in the amount of $31.81 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

132. Metals owes ProvPort the principal amount of $30.00 for Usage in accordance with the Tariff for February, 2000, together with interest thereon, which interest is in the amount of $30.55 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

133. Metals owes ProvPort the principal amount of $1,620.00 for Usage in accordance with the Tariff for April, 2001, together with interest thereon, which interest is in the amount of $1,309.77 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

134. Metals owes ProvPort the principal amount of $2,792.00 for Usage in accordance with the Tariff for June, 2002, together with interest thereon, which interest is in the amount of $1,651.47 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

135. Metals owes ProvPort the principal amount of $4,860.00 for Usage in accordance with the Tariff for October, 2002, together with interest thereon, which interest is in the amount of $2,587.95 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

136. Metals owes ProvPort the principal amount of $1,755.00 for Usage in accordance with the Tariff for November, 2002, together with interest thereon, which interest is in the amount of $923.13 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

137. Metals owes ProvPort the principal amount of $4,100.00 for Usage in accordance with the Tariff for January, 2003, together with interest thereon, which interest is in the amount of $2,011.05 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

138. Metals owes ProvPort the principal amount of $1,395.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $583.81 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

139. Metals owes ProvPort the principal amount of $4,920.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $2,039.34 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

140. Metals owes ProvPort the principal amount of $1,290.00 for Usage in accordance with the Tariff for June, 2003, together with interest thereon, which interest is in the amount of $526.32 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

141. Metals owes ProvPort the principal amount of $870.00 for Usage in accordance with the Tariff for September, 2003, together with interest thereon, which interest is in the amount of $320.60 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

142. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of Usage charges to ProvPort in accordance with the Tariff.

143. Metals owes ProvPort the total principal amount of $23,972.00 in Usage charges in accordance with the Tariff, together with interest thereon, which interest is in the amount of $12,335.31 as of September 23, 2005 and continues to accrue at the rate of 18% per annum.

**COUNT IV**

**(For Rent and Related Charges)**

144. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

145. Metals owes ProvPort the principal amount of $8,424.53 for rent for the month of September, 1996, together with interest thereon, which interest is in the amount of $9,252.94 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

146. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1996, together with interest thereon, which interest is in the amount of $12,158.27 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

147. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1996, together with interest thereon, which interest is in the amount of $12,042.83 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

148. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1996, together with interest thereon, which interest is in the amount of $11,931.12 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

149. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of January, 1997, together with interest thereon, which interest is in the amount of $11,815.68 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

150. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of February, 1997, together with interest thereon, which interest is in the amount of $11,700.24 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

151. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of March, 1997, together with interest thereon, which interest is in the amount of $11,595.98 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

152. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of April, 1997, together with interest thereon, which interest is in the amount of $ 11,480.54 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

153. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of May, 1997, together with interest thereon, which interest is in the amount of $ 11,368.82 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

154. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of June, 1997, together with interest thereon, which interest is in the amount of $11,249.66 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

155. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of July, 1997, together with interest thereon, which interest is in the amount of $11,141.67 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

156. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of August, 1997, together with interest thereon, which interest is in the amount of $11,026.23 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

157. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of September, 1997, together with interest thereon, which interest is in the amount of $10, 821.42 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

158. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1997, together with interest thereon, which interest is in the amount of $10,799.08 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

159. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1997, together with interest thereon, which interest is in the amount of $10,724.60 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

160. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1997, together with interest thereon, which interest is in the amount of $10,624.06 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

161. Metals owes ProvPort the principal amount of $5,361.68 for rent for the month of August, 1998, together with interest thereon, which interest is in the amount of $4,661.09 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

162. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of September, 1998, together with interest thereon, which interest is in the amount of $9,603.73 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

163. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of October, 1998, together with interest thereon, which interest is in the amount of $9,488.29 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

164. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of November, 1998, together with interest thereon, which interest is in the amount of $9,365.41 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

165. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of December, 1998, together with interest thereon, which interest is in the amount of $9,257.42 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

166. Metals owes ProvPort the principal amount of $11,171.46 for rent for the month of January, 1999, together with interest thereon, which interest is in the amount of $9,134.53 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

167. Metals owes ProvPort the principal amount of $16,716.87 for rent for the month of September, 2000, together with interest thereon, which interest is in the amount of $10,297.59 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

168. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of September, 2001, together with interest thereon, which interest is in the amount of $6,613.35 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

169. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of October, 2001, together with interest thereon, which interest is in the amount of $6,479.57 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

170. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of November, 2001, together with interest thereon, which interest is in the amount of $6,341.33 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

171. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of December, 2001, together with interest thereon, which interest is in the amount of $6,207.55 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

172. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of January, 2002, together with interest thereon, which interest is in the amount of $6,069.30 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

173. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of February, 2002, together with interest thereon, which interest is in the amount of $5,931.06 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

174. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of March, 2002, together with interest thereon, which interest is in the amount of $5,806.20 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

175. Metals owes ProvPort the principal amount of $13,378.33 for rent for the month of April, 2002, together with interest thereon, which interest is in the amount of $5,667.95 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

176. Metals owes ProvPort the principal amount of $4,275.00 for rent for the month of May, 2004, together with interest thereon, which interest is in the amount of $709.65 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

177. Metals owes ProvPort the principal amount of $7,601.00 for rent for the month of May, 2004, together with interest thereon, which interest is in the amount of $1,233.90 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

178. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of June, 2004, together with interest thereon, which interest is in the amount of $986.98 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

179. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of July, 2004, together with interest thereon, which interest is in the amount of $925.16 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

180. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of August, 2004, together with interest thereon, which interest is in the amount of $859.23 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

181. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of September, 2004, together with interest thereon, which interest is in the amount of $797.41 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

182. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of October, 2004, together with interest thereon, which interest is in the amount of $735.60 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

183. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of November, 2004, together with interest thereon, which interest is in the amount of $671.72 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

184. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of December, 2004, together with interest thereon, which interest is in the amount of $609.91 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

185. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of January, 2005, together with interest thereon, which interest is in the amount of $541.91 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

186. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of February, 2005, together with interest thereon, which interest is in the amount of $482.16 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

187. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of March, 2005, together with interest thereon, which interest is in the amount of $424.46 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

188. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of April, 2005, together with interest thereon, which interest is in the amount of $360.59 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

189. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of May, 2005, together with interest thereon, which interest is in the amount of $296.71 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

190. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of June, 2005, together with interest thereon, which interest is in the amount of $234.90 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

191. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of July, 2005, together with interest thereon, which interest is in the amount of $173.08 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

192. Metals owes ProvPort the principal amount of $6,181.48 for rent for the month of August, 2005, together with interest thereon, which interest is in the amount of $109.21 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

193. Metals owes ProvPort the principal amount of $28,594.16 for water invoiced in October, 1997, together with interest thereon, which interest is in the amount of $27,717.28 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

194. Metals owes ProvPort the principal amount of $899.25 for sweeping invoiced in October, 1997, together with interest thereon, which interest is in the amount of $871.67 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

195. Metals owes ProvPort the principal amount of $60.00 for electricity invoiced in November, 1999, together with interest thereon, which interest is in the amount of $42.74 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

196. Metals owes ProvPort the principal amount of $31,150.00 for temporary storage invoiced in October, 1997, together with interest thereon, which interest is in the amount of $30,173.97 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

197. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment of rent and related charges to ProvPort.

198. Metals owes ProvPort the total principal amount $526,260.53 for rent and related charges, together with interest thereon, which interest is in the amount of $359,615.73 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

## COUNT V

## (For Repairs)

199. ProvPort realleges, reavers, and incorporates herein by reference the allegations contained in paragraphs 1 though 9, above.

200. Metals owes ProvPort the principal amount of $196,510.00 for dock repairs, together with interest thereon, which interest is in the amount of $89,150.04 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

201. Metals owes ProvPort the principal amount of $7,437.40 for repairs to broken hydrants on the dock, together with interest thereon, which interest is in the amount of $3,374.10 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

202. Metals owes ProvPort the principal amount of $6,246.00 for the purchase and installation of bollards, together with interest thereon.

203. Metals owes ProvPort the principal amount of $761.76 for repairs to the water stab in berth 4, together with interest thereon, which interest is in the amount of $345.59 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

204. Metals owes ProvPort the principal amount of $401,000.00 for repairs to damage to berth 2 loading MV IDC-3, together with interest thereon, which interest is in the amount of $22,857.00 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

205. Metals owes ProvPort the principal amount of $40.00 for equipment repairs invoiced in April and June 1997, together with interest thereon, which interest is in the amount of $40.74 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

206. Metals has failed, neglected and refused, and continues to refuse in spite of demand therefor, to make payment for repairs to ProvPort.

207. Metals owes ProvPort the principal amount of $611,995.16 for repairs, together with interest thereon, which interest is in the amount of $115,767.47 as of September 23, 2005 and continues to accrue at the rate of 12% per annum.

**WHEREFORE**, ProvPort, Inc. respectfully requests:

1. That the Court enter judgment in its favor against Metals Recycling, L.L.C:

a. in the principal amount of $83,614.74 for Dockage charges, together with interest thereon;

b. in the principal amount of $1,082,877.85 for Wharfage charges, together with interest thereon;

c. in the principal amount of $23,972.00 for Usage charges, together with interest thereon;

d. in the principal amount of $526,260.53 for rent and related charges, together with interest thereon;

e. in the principal amount of $611,995.16 for repairs, together with interest thereon.

2. That the Court enter an Order awarding ProvPort, Inc. its reasonable attorneys' fees, cost and expenses incurred in filing and pursuing this action.

3. That the Court provide such other and further relief as it deems fair and just.

**VERIFICATION**

I, Raymond Meador, President of ProvPort, Inc., hereby verify that I have read the foregoing Amended Verified Complaint and that the allegations contained therein are true and accurate.

______________________________
Raymond Meador, President
ProvPort, Inc.

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

October —, 2005

Then personally appeared before me the above-named Raymond Meador, President of ProvPort, Inc., and swore that the allegations contained in the foregoing Amended Verified Complaint are true and accurate.

____________________________
Notary Public
My Commission Expires:________

_______________________________
Stephen J. Reid, Jr. #2811
Attorney for Plaintiff
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October ___, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of October, 2005, I mailed a true copy of the foregoing Amended Verified Complaint to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

____________________________