**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Donald Hamaker, President of Hugo Neu Corp., a member of Metals Recycling, L.L.C., under oath, before a notary public or some other duly authorized person, on Monday, November 7, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Anthony Izzo, of Metals Recycling, L.L.C., under oath, before a notary public or some other duly authorized person, on Tuesday, November 8, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Henrietta Nelson, President of Goff & Page Co., under oath, before a notary public or some other duly authorized person, on Tuesday, November 22, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Pat Izzo, Sr. of Metals Recycling, L.L.C., under oath, before a notary public or some other duly authorized person, on Wednesday, November 9, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Bruce Waterson, President of Waterson Stevedoring, LLC, under oath, before a notary public or some other duly authorized person, on Wednesday, November 23, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of the following individual(s) upon oral examination, under oath, before a notary public or some other duly authorized person, on Tuesday, November 1, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island:

a. the director(s), officer(s), member(s), agent(s), representatives(s), and/or employees(s) of Metals Recycling, L.L.C., and/or of members of Metals Recycling, L.L.C., having the most knowledge and information regarding the subject of the "Facts" as alleged in paragraphs 3 through 9 on pages 2 through 4 of the Verified Complaint;

b. the director(s), officer(s), member(s), agent(s), representatives(s), and/or

employee(s) of Metals Recycling, L.L.C., and/or of members of Metals Recycling, L.L.C., having the most knowledge and information regarding the subject of "Dockage" as alleged in paragraphs 11 through 20 on pages 4 through 6 of the Verified Complaint.

c. the director(s), officer(s), member(s), agent(s), representatives(s), and/or employee(s) of Metals Recycling, L.L.C., and/or members of Metals Recycling, L.L.C., having the most knowledge and information regarding the subject of "Wharfage" as alleged in paragraphs 22 through 88 on pages 6 through 19 of the Verified Complaint;

d. the director(s), officer(s), member(s), agent(s), representatives(s), and/or employee(s) of Metals Recycling, L.L.C., and/or members of Metals Recycling, L.L.C., having the most knowledge and information regarding the subject of "Usage" as alleged in paragraphs 90 through 105 on pages 20 through 22 of the Verified Complaint;

e. the director(s), officer(s), member(s), agent(s), representatives(s), and/or employee(s) of Metals Recycling, L.L.C., and/or members of Metals Recycling, L.L.C., having the most knowledge and information regarding the subject of "Rent And Related Charges" as alleged in paragraphs 107 through 154 on pages 22 through 30 of the Verified Complaint; and

f. the director(s), officer(s), member(s), agent(s), representatives(s), and/or employee(s) of Metals Recycling, L.L.C., and/or members of Metals Recycling, L.L.C., having the most knowledge and information regarding the allegations contained in the Counterclaim portion of the Amended Answer And Counterclaim Of Defendant Metals Recycling, L.L.C. To Complaint Of Plaintiff ProvPort, Inc.

The deposition will continue from day to day until completed. You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Zeno Trabucchi of Metals Recycling, L.L.C., under oath, before a notary public or some other duly authorized person, on Thursday, November 3, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVPORT, INC.**
**Plaintiff and**
**Defendant-In-Counterclaim**

**vs.** **C.A. NO. 04-329-L**

**METALS RECYCLING, L.L.C.**
**Defendant and**
**Plaintiff-In-Counterclaim**

**NOTICE TO TAKE DEPOSITION**

To: R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903

Reporting Associates
10 Dorrance Street
Providence, RI 02903

Please take notice that plaintiff and defendant-in-counterclaim, ProvPort, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of John Neu, Sr., Chairman of Hugo Neu Corp., a member of Metals Recycling, L.L.C., under oath, before a notary public or some other duly authorized person, on Friday, November 4, 2005, at 10:00 a.m., at the offices of Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, Rhode Island. The deposition will continue from day to day until completed.

You are invited to attend said deposition and take part therein.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (Fax)

Dated: October 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2005, I caused a true copy the foregoing Notice To Take Deposition to be mailed to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903