ORIGINAL

RECEIVED

AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME Jack Walsh | 2. PHONE NUMBER (401) 824-5130 | 3. DATE 10/18/05 |
| 4. MAILING ADDRESS One Financial Plaza, Ste 1800 | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER 04-329-L / 9. JUDGE Almond | DATES OF PROCEEDINGS: 10. FROM 9/26/05 | 11. 10:00 Am |
| 12. CASE NAME ProvPort Inc v. Metals Recycling LLC | LOCATION OF PROCEEDINGS: 13. US District | 14. Providence |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY

☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☒ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 9/26/05 | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 9/26/05 | | |
| ☒ OPENING STATEMENT | 9/26/05 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 9/26/05 | ☐ PRE-TRIAL PROCEEDING | |
| ☒ CLOSING ARGUMENT (Defendant) | 9/26/05 | | |
| ☒ OPINION OF COURT | 9/26/05 | | |
| ☒ JURY INSTRUCTIONS | 9/26/05 | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 9/26/05 | | |
| ☒ BAIL HEARING | 9/26/05 | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE [signature]

PROCESSED BY

19. DATE 10/18/05

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY