UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILE

| | | |
|---|---|---|
| PROVPORT, INC., Plaintiff, | : : | |
| vs. | : : : | C.A. No.: 04-329-L |
| METALS RECYCLING, L.L.C., Defendant | : : : | |

**DEFENDANT METALS RECYCLING, L.L.C.**
**SECOND SET OF INTERROGATORIES ADDRESSED TO PLAINTIFF**

The Defendant, METALS RECYCLING, L.L.C. hereby requests the Plaintiff PROVPORT to answer the following interrogatories within 30 days pursuant to Rule 33 of the Federal Rules of Civil Procedure. These interrogatories shall be deemed continuing so as to require supplemental answers if said Plaintiff obtains further information between the time answers are served and the time of trial.

DEFINITIONS

1. IDENTIFY, or IDENTITY, when used in reference to:

A. A person or individual shall mean to state his or her full name, present or last known residence address (designating which), and present or last known employment position or business affiliation (designating which), job title, employment address, business and residence telephone numbers.

B. A firm, corporation or other organization shall mean to state in full name, present or last known address and telephone number (designating which), the legal form of such entity or organization, and the IDENTITY of its chief executive officers.

C. A document shall mean to state the title (if any); the DATE; the IDENTITY of author, sender, recipient, and all persons signing it; type of document (i.e., a letter, memorandum, book, telegram, chart, etc.); or some means of identifying it; and to IDENTIFY its present location and custodian.

D. A location or place shall mean to name a physical place in such detail as to satisfy Rule 34(b) of the Rhode Island Rules of Civil Procedure, with respect to "reasonable particularity."

E. A statement shall mean to state in detail the DATE; the IDENTITY of the person making the statement; the person to whom it is directed; the substance of the statement; whether it was recorded in any manner, and if so, the manner in which it

was recorded and the IDENTITY of its present location and custodian; whether it was verified by the person making the statement; the IDENTITY of any witnesses thereto, and whether the statement was written or oral.

2. DATE shall mean the exact day, month and year, if ascertainable, or, if not, the best available approximation including relationship to other events (indicating whether a DATE is exact or approximate).

3. DESCRIBE shall mean to specify in detail and to particularize the contact of the answer to the question and not just to state in summary or outline fashion, including but not limited to, stating each DATE, fact, event, occurrence and IDENTIFYING each DOCUMENT and IDENTIFYING each individual who can testify as to the alleged dates, facts, events, and occurrences.

4. DOCUMENT shall mean any physical embodiment of information including but not limited to every writing or record of every type and description that is or has been in the possession, control or custody of the responding PLAINTIFF or of which the responding PLAINTIFF has knowledge.

5. PLAINTIFF shall mean ProvPort.

6. DEFENDANT shall mean Metals Recycling, L.L.P..

7. The term "2003 Bond Refinancing" shall mean the bond refinancing that occurred in 2003 by and between the Providence Redevelopment Agency and ProvPort.

## INSTRUCTIONS

1. In answering each interrogatory, please identify each individual who was a source of any information provided in the answer.

2. The answers to the interrogatories must include all information known to you and all persons acting on your behalf or under your control, including but not limited to your attorneys, investigators, insurance carriers and their representatives. If you do not have information to answer an interrogatory you are under a duty to make a reasonable effort to obtain such.

3. These interrogatories are to be deemed continuing in nature; any newly discovered, corrected or additional information responsive to these interrogatories is to be supplied the Defendant as soon as is reasonably practicable upon receipt thereof.

## INTERROGATORIES

1. Identify all persons or entities from which the ProvPort has collected rent, wharfage, dockage, and usage for the time period 1996 to the present.

2. For each such person or entity identified in the first interrogatory, *supra*, identify the rates charged to this person or entity for rent, wharfage, dockage, or usage, and the periods which the rates went into effect for this person or entity during the time period of 1996 to the present.

3. For each such person or entity identified in the first interrogatory, *supra*, identify which of these persons or entities, if any, have not been subject to the same implied contractual modifications allegedly applicable to the rates owed by Metals Recycling for rent, wharfage, dockage, or usage for the period 1996 to the present.

4. For each person or entity identified in the third interrogatory, *supra*, identify the factual and legal basis for not applying the same modified rate allegedly applicable to Metals Recycling.

5. Identify what revenue associated with Metals Recycling was used in any and all revenue projections prepared or used in connection with the 2003 Bond Refinancing, and itemize the revenue by its appropriate category.

6. Identify all facts that support ProvPort's claim that it had an implied contractual right to alter, or otherwise modify, the rates charged to Metals Recycling for rent, wharfage, dockage, or usage for the period 1996 to the present.

Defendant,
METALS RECYCLING, L.L.C.
By its attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esq. (#0783)
Gregory L. Benik, Esq. (#1515)
John P. Walsh, Esq. (#6709)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

**CERTIFICATE OF SERVICE**

The undersigned certifies that the within Interrogatories were served by sending it to Stephen J. Reid, Jr., Esq., Blish & Cavanaugh, L.L.P., 30 Exchange Terrace, Providence, Rhode Island, 02903, by U.S. Mail, First Class, postage prepaid, this 16th day of August, 2005.

# 3055947_v1