UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

**PROVPORT, INC.'S OBJECTIONS TO SECOND SET OF INTERROGATORIES PROPOUNDED BY METALS RECYCLING, L.L.C.**

Plaintiff and defendant-in-counterclaim, ProvPort, Inc. ("ProvPort"), objects to the Second Set Of Interrogatories propounded by defendant and plaintiff-in-counterclaim, Metals Recycling, L.L.C., to the extent that the information sought is protected by the attorney-client privilege and/or work product privilege.

**Interrogatory No. 1:**

Identify all persons or entities from which ProvPort has collected rent, wharfage, dockage, and usage for the time period 1996 to the present.

**Objection:**

ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 2:**

For each such person or entity identified in the first interrogatory, *supra*, identify the rates charged to this person or entity for rent, wharfage, dockage, or usage, and the periods which the rates went into effect for this person or entity during the time period of 1996 to the present.

**Objection:**

ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 3:**

For each such person or entity identified in the first interrogatory, *supra*, identify which of these persons or entities, if any, have not been subject to the same implied contractual modifications allegedly applicable to the rates owed by Metals Recycling for rent, wharfage, dockage, or usage for the period 1996 to the present.

**Objection:**

ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 4:**

For each person or entity identified in the third interrogatory, *supra*, identify the factual and legal basis for not applying the same modified rate allegedly applicable to Metals Recycling.

**Objection:**

ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 5:**

Identify what revenue associated with Metals Recycling was used in any and all revenue projections prepared or used in connection with the 2003 Bond Refinancing, and itemize the revenue by its appropriate category.

**Objection:**

ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21th day of September, 2005, I caused a copy of ProvPort, Inc.'s Objections To Second Set Of Interrogatories Propounded By Metals Recycling, L.L.C. to be hand-delivered to:

R. Daniel Prentiss, Esq.
Gregory L. Benik, Esq.
John R. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903