UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

PROVPORT, INC.'S MOTION FOR LEAVE TO FILE AMENDED VERIFIED COMPLAINT

Plaintiff and defendant-in-counterclaim, ProvPort, Inc. ("ProvPort"), pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby moves the Court for leave to file an Amended Verified Complaint in this action, (the form and content of which Amended Verified Complaint is attached hereto as Attachment "A"), for the reasons set forth in the accompanying Memorandum.

**WHEREFORE**, ProvPort respectfully requests that the Court grant its Motion For Leave To File Amended Verified Complaint.

ProvPort, Inc.

By its Attorneys,

Granted:
Ronald R. Lagueux
Sr. USDJ 11/9/05

Stephen J. Reid, Jr.
Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October 7, 2005