UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

# JOINT MOTION TO EXTEND DEADLINES SET FORTH IN PRETRIAL ORDER, AS AMENDED

Plaintiff and defendant-in-counterclaim, ProvPort, Inc., and defendant and plaintiff-in-counterclaim, Metals Recycling, L.L.C., hereby move the Court to extend all deadlines set forth in the Pretrial Order, as amended, for a period of thirty days (30) days.

In support of their Joint Motion, the parties state as follows:

1. On January 18, 2005, the Court issued its Pretrial Order in this matter.

2. On July 6, 2005, the Court granted the parties' Joint Motion To Extend Discovery Deadlines In Pretrial Order.

3. The parties have negotiated a settlement of this matter, which settlement is conditioned upon their negotiation of and agreement upon the terms of a new lease between ProvPort, Inc. and Metals Recycling, L.L.C. with respect to a total of 9.973 acres of real estate at the Port of Providence.

4. The parties have negotiated and substantially agreed upon the major terms of a new lease between them and seek the requested thirty (30) day extension of deadlines in order to allow their respective counsel sufficient time to accomplish the necessary drafting of the new lease.

**WHEREFORE,** ProvPort, Inc. and Metals Recycling, L.L.C. respectfully request that the Court grant their Joint Motion To Extend Deadlines.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
401) 751-7542 (Fax)

Metals Recycling, L.L.C.

By its Attorneys,

R. Daniel Prentiss #0783
Gregory L. Benik #1515
John P. Walsh #6709
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (Fax)

Dated: November 1, 2005