UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.,
Plaintiff,

vs. C.A. No.: 04-329-L

METALS RECYCLING, L.L.C.,
Defendant

**DEFENDANT METAL RECYCLING, LLC'S MOTION TO COMPEL THE ANSWER TO THE DEFENDANT'S SECOND SET OF INTERROGATORIES**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, Defendant Metals Recycling L.L.C. ("Metals Recycling") hereby moves to compel Plaintiff ProvPort, Inc. ("ProvPort") to answer the Defendant's second set of interrogatories (the "Second Interrogatories"). These interrogatories are reasonably calculated to lead to the discovery of admissible evidence and are not unduly burdensome or overly broad. In further support of its motion, the Defendant asserts the following:

1. **Second Set of Interrogatories**: On August 16, 2005, the Defendant served its second set of interrogatories, consisted of six interrogatories. (See Second Set of Interrogatories, attached as **Exhibit A**.) The Plaintiff responded on September 27, 2005 with the following objection to each and every interrogatory:

> ProvPort objects to this Interrogatory on the grounds that it is oppressive, unduly burdensome, overly broad, seeks information which is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence. (*See* Plaintiff's Responses, attached as **Exhibit B**.)

Because these interrogatories are seeking information within the scope of Rule 26, these objections are inappropriate.

2. **Recent Court Order**: On September 27, 2005, this Court issued an order granting, in part, the Defendant's motion to compel documents (the "Court Order"). (*See* Judge Almond's Memorandum and Order, attached as **Exhibit C**). This order demonstrates that most of the information sought in the interrogatories is within the scope of Rule 26.