UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PROVPORT, INC.
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 04-329-L

METALS RECYCLING, L.L.C.
Defendant and
Plaintiff-In-Counterclaim

STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff and defendant-in-counterclaim, ProvPort, Inc., and defendant and plaintiff-in-counterclaim, Metals, Recycling, L.L.C., that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed, in its entirety, with prejudice, each party to be responsible for its own respective attorneys' fees, costs, and expenses.

ProvPort, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Metals Recycling, L.L.C.

By its Attorneys,

R. Daniel Prentiss #0783
R. Daniel Prentiss, P.C
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 824-5150
(401) 824-5123 (fax)

Dated: March 31, 2006

Enter:
Ronald R. Lagueux
Sr. USDJ 4/4/06